AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

<span style="color:red">FILED IN THE<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF WASHINGTON</span>

JUSTIN B.,

<span style="color:red">Jul 08, 2020</span>

_____
*Plaintiff*

)
)
)

<span style="color:red">SEAN F. McAVOY, CLERK</span>

v.

COMMISSIONER OF SOCIAL SECURITY,

)
)
)

Civil Action No.   1:19-CV-03150-FVS

_____
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ .

☑  other:  Plaintiff's Motion for Summary Judgment (ECF No. 14) is GRANTED, and the matter is REMANDED to the Commissioner for additional proceedings.  Defendant's Motion for Summary Judgment (ECF No. 16) is DENIED. Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

❐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge    Stanley A. Bastian _____    on motions for Summary Judgment (ECF Nos. 14 and 16).

Date:  7/8/2020 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Lennie Rasmussen
_____
*(By) Deputy Clerk*

Lennie Rasmussen
_____